AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

JUN 0 4 2025

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Fredy Vasquez-Vasquez | ) | Case No. 25-MJ-2076 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2025__ in the county of __Lea__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326 (a) and (b) | Illegal re-entry of removed alien. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Craig Fabina-HSI Special Agent
Printed name and title

Telephonically sworn and electronically signed.

Date: June 4, 2025

_____
Judge's signature

City and state:   Roswell, New Mexico

Hon. Barbara S. Evans, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

### United States of America

### V.

### Fredy Vasquez-Vasquez

I, Craig Fabina, being duly sworn, depose and state that:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI). I have been employed with HSI since December 18, 2023. I am assigned to HSI's Roswell, New Mexico, Resident Agent in Charge Office. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing federal criminal laws. As part of my duties as an HSI Special Agent, I am required to identify, locate, apprehend, and remove aliens who are in violation of the Immigration and Nationality Act (INA). I also investigate criminal immigration violations of Titles 8 and 18 of the United States Code, including the illegal reentry of aliens into the United States, and false claims to United States Citizenship. I am currently assigned as a Task Force Officer with the United States Marshals Service (USMS) Southwest Investigative Fugitive Team (SWIFT). During my career as a Special Agent, I have conducted numerous criminal investigations concerning violations of federal immigration, narcotics, and firearm laws and have received ongoing training in conducting such investigations. My experience investigating federal immigration offenses, and principally alien smuggling, includes conducting physical surveillance, interviewing witnesses, writing affidavits for and executing search warrants, working with undercover agents and informants, issuance of administrative and federal grand jury subpoenas, analysis of phone toll and financial records, and analysis of data derived from the use of pen registers and trap and traces. I have conducted investigations involving the usage of fraudulent documents for employment and participated in searches of workplaces for illegal aliens, pursuant to both criminal search warrants and consensual surveys based upon the cooperation of the employer. Prior to becoming an HSI Special Agent, I was a federal police officer for seven years with the Department of Defense. I have completed advance law enforcement training in subjects such as human trafficking, drug interdiction, protective agent operations, and firearms instruction. I completed my initial SWAT certification course through the National Tactical Officer's Association (NTOA) and was assigned to the Tactical Response Team (TRT).

2. My duties as an HSI Special Agent include, but are not limited to, identifying, locating, apprehending, and removing aliens who are in violation of the Immigration and Nationality Act ("INA"). I investigate criminal immigration violations of Titles 8 and 18 of the United States Code, including illegal re-entry into the United States,

false claim to United States citizenship, and the fraudulent production, possession and use of identity documents. As a result of my training and experience as an HSI Special Agent, I am familiar with federal criminal laws and know that it is a violation of:

    8 USC § 1326 (a) and (b), Illegal re-entry of removed alien.

3. On June 3, 2025, HSI Resident Agent in Charge Office Roswell, NM, executed a federal search warrant at Outlook Dairy located at 626 East Crockett Street, Lovington, New Mexico in the District of New Mexico. HSI Roswell had previously received information that several illegal aliens were hired by Outlook Dairy. Several of the illegal aliens presented counterfeit Alien Registration Cards to complete I-9 Employment Eligibility Verification forms to obtain employment in violation of immigration law.

4. During the execution of the search warrant, several individuals were detained while working at Outlook Dairy. After being detained to secure the premises to be searched, an individual later to be identified as Fredy VASQUEZ-VASQUEZ was questioned by Homeland Security Investigations personnel as to his citizenship and right to be in the United States. VASQUEZ-VASQUEZ admitted to being an alien to the United States and citizen of Guatemala without immigration document to enter or remain legally in the United States.

5. There is no evidence in the Central Index System (CIS), Computer Linked Application Information Management System (CLAIMS), and the Enforcement Alien Removal Module (EARM) of VASQUEZ-VASQUEZ either applying for or receiving permission to enter, reside, and/or work in the United States.

6. I conducted additional immigration/criminal database record checks using VASQUEZ-VASQUEZ's full name and date of birth and discovered VASQUEZ-VASQUEZ was previously removed on August 5, 2006, to Guatemala via San Antonio, Texas. Records also indicate that VASQUEZ-VASQUEZ was previously removed to Guatemala via Houston, Texas on March 20, 2013.

7. Based upon the above information, I believe probable cause exists that VASQUEZ-VASQUEZ has been found to be in violation of 8 U.S.C. § 1326.

8. This complaint was approved by AUSA Randy Castellano.


_____
HSI Special Agent Craig Fabina


Sworn to and signed before me by telephonic or other reliable electronic means before me this 4th day of June, 2025.


_____
Barbara S. Evans

US Magistrate Judge